Joshua H. Lerner (SBN 220755)
joshua.lerner@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
50 California Street, Suite 3600
San Francisco, CA 94111
Tel: +1 (628) 235-1000

Derek Gosma (SBN 274515)
derek.gosma@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
350 South Grand Avenue, Suite 2400
Los Angeles, CA 90071
Tel: +1 (213) 443-5308

James M. Lyons, *pro hac vice*
james.lyons@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel: +1 (617) 526-6860

*Attorneys for Plaintiff Campari America LLC*

[Counsel appearances continue on next page]

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMPARI AMERICA LLC, et al., <br> Plaintiffs, <br> v. <br> CAPCABO LLC, et al., <br> Defendants. | Case No. 2:24-cv-00031-GW-SKx <br><br> **POST-MEDIATION STATUS REPORT** <br><br> District Judge Hon. George H. Wu <br> Magistrate Judge Hon. Steve Kim <br><br> Pre-Trial Conf.: July 24, 2025 <br> Trial: August 5, 2025 |

MILES D. SCULLY (SBN 135853)
mscully@grsm.com
TIMOTHY K. BRANSON (SBN 187242)
tbranson@grsm.com
PATRICK J. MULKERN (SBN 307272)
pmulkern@grsm.com
GORDON REES SCULLY MANSUKHANI
101 W. Broadway Suite 2000
San Diego, CA 92101
Telephone: (619) 696-6700
Facsimile: (619) 696-7124

*Attorneys for Plaintiff Red Head, Inc.*

ROBERT J. LISKEY (SBN 197287)
robliskey@liskeylawfirm.com
LISKEY LAW FIRM
117 E. Colorado Blvd., Suite 600
Pasadena, CA 91105
Telephone: (626) 219-1742

*Attorneys for Defendants Capcabo LLC, CW on the BLVD., Inc., Robert Azinian, and Christina Azinian*

On April 29, 2025, the Parties conducted settlement discussions before Magistrate Judge Steve Kim and reached agreement on the key terms of a settlement. Judge Kim instructed the Parties to "to have the final written settlement agreement executed by no later than 9 AM on May 5, 2025." Dkt. 158. Subject to the terms of the settlement agreement, the Parties intend to stipulate to the entry of a permanent injunction and dismissal of this action.

On May 1, counsel for Campari circulated a draft settlement agreement to the Parties. On May 3, counsel for Campari circulated a revised draft settlement agreement incorporating revisions from Plaintiff Red Head. On May 4 at 7:51pm, counsel for Defendants agreed to the terms of the draft settlement agreement by email.

As of the filing of this Status Report, Campari and Red Head have signed the settlement agreement, and the Parties are waiting for Defendants to sign the agreement.

Dated: May 5, 2025

WILMER CUTLER PICKERING HALE AND DORR LLP

By  */s/ Joshua H. Lerner*
Joshua H. Lerner (SBN 220755)

*Attorney for Plaintiff Campari America LLC*

Dated: May 5, 2025

GORDAN REES SCULLY MANSUKHANI

By  */s/ Timothy Branson*
Timothy Branson (SBN 187242)

*Attorney for Plaintiff Red Head LLC*

Dated: May 5, 2025

LISKEY LAW FIRM

By  */s/ Robert J. Liskey*
Robert J. Liskey (SBN 197287)

*Attorney for Defendants Capcabo LLC, CW on the BLVD., Inc., Robert Azinian, and Christina Azinian*

## ATTESTATION (L.R. 5-4.3.4(a)(2)(i))

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: May 5, 2025

 */s/ Joshua H. Lerner*
Joshua H. Lerner