Joshua H. Lerner (SBN 220755)
joshua.lerner@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
50 California Street, Suite 3600
San Francisco, CA 94111
Tel: +1 (628) 235-1000

Derek Gosma (SBN 274515)
derek.gosma@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
350 South Grand Avenue, Suite 2400
Los Angeles, CA 90071
Tel: +1 (213) 443-5308

James M. Lyons, *pro hac vice*
james.lyons@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel: +1 (617) 526-6860

*Attorneys for Plaintiff Campari America LLC*

[Counsel appearances continue on next page]

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMPARI AMERICA LLC, et al., <br> Plaintiffs, <br> v. <br> CAPCABO LLC, et al., <br> Defendants. | Case No. 2:24-cv-00031-GW-SKx <br><br> **SUPPLEMENTAL POST-MEDIATION STATUS REPORT** <br><br> District Judge Hon. George H. Wu <br> Magistrate Judge Hon. Steve Kim <br><br> Status Conf.: May 15, 2025 <br> Pre-Trial Conf.: July 24, 2025 <br> Trial: August 5, 2025 |

SUPP. POST-MEDIATION STATUS RPT.                              No. 2:24-cv-00031-GW-SKx

MILES D. SCULLY (SBN 135853)
mscully@grsm.com
TIMOTHY K. BRANSON (SBN 187242)
tbranson@grsm.com
PATRICK J. MULKERN (SBN 307272)
pmulkern@grsm.com
GORDON REES SCULLY MANSUKHANI
101 W. Broadway Suite 2000
San Diego, CA 92101
Telephone: (619) 696-6700
Facsimile: (619) 696-7124

*Attorneys for Plaintiff Red Head, Inc.*

ROBERT J. LISKEY (SBN 197287)
robliskey@liskeylawfirm.com
LISKEY LAW FIRM
117 E. Colorado Blvd., Suite 600
Pasadena, CA 91105
Telephone: (626) 219-1742

*Attorneys for Defendants Capcabo LLC, CW on the BLVD., Inc., Robert Azinian, and Christina Azinian*

1 On May 5, 2025, the Parties executed a settlement agreement. Pursuant to the terms of that agreement, the Parties are finalizing a stipulation and proposed order seeking entry of a permanent injunction and dismissal. The Parties anticipate filing the stipulation and proposed order by Friday, May 16, and jointly request that the Court continue the May 15 post-mediation status conference pending entry of the joint stipulation.

| | |
|---|---|
| Dated:  May 12, 2025 | WILMER CUTLER PICKERING HALE AND DORR LLP |
| | By   */s/ Joshua H. Lerner*<br>Joshua H. Lerner (SBN 220755) |
| | *Attorney for Plaintiff Campari America LLC* |
| Dated:  May 12, 2025 | GORDON REES SCULLY MANSUKHANI |
| | By   */s/ Timothy K. Branson*<br>Timothy K. Branson (SBN 187242) |
| | *Attorney for Plaintiff Red Head Inc.* |
| Dated:  May 12, 2025 | LISKEY LAW FIRM |
| | By   */s/ Robert J. Liskey*<br>Robert J. Liskey (SBN 197287) |
| | *Attorney for Defendants Capcabo LLC, CW on the BLVD., Inc., Robert Azinian, and Christina Azinian* |

## ATTESTATION (L.R. 5-4.3.4(a)(2)(i))

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  May 12, 2025

   */s/ Joshua H. Lerner*
   Joshua H. Lerner