MILES D. SCULLY (SBN: 135853)
mscully@grsm.com
TIMOTHY K. BRANSON (SBN: 187242)
tbranson@grsm.com
PATRICK J. MULKERN (SBN: 307272)
pmulkern@grsm.com
GORDON REES SCULLY MANSUKHANI
101 W. Broadway Suite 2000
San Diego, CA 92101
Telephone: (619) 696-670Z
Facsimile: (619) 696-7124

Attorneys for Plaintiff RED HEAD, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RED HEAD, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CAPCABO LLC, a Delaware limited liability company; ROBERT AZINIAN, an individual; CHRISTINA AZINIAN, an individual; CW ON THE BLVD., INC., a California corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 2:24-cv-00031-GW-SKx<br><br>**STIPULATION FOR ENTRY OF PERMANENT INJUNCTION AND DISMISSAL** |

-1-

STIPULATION FOR ENTRY OF PERMANENT INJUNCTION
AND DISMISSAL                                                  Case No. 2:24-cv-00031-GW-SKx

IT IS HEREBY STIPULATED by and between (1) Plaintiff Red Head, Inc. ("Red Head") and Plaintiff Campari America, LLC ("Campari")[1] (Red Head and Campari are referred to collectively as "Plaintiffs"), and (2) Defendants Capcabo, LLC, CW on the Blvd., Inc., Robert Azinian, and Christina Azinian (collectively, "Defendants"), that:

1. Plaintiffs and Defendants have settled this litigation pursuant to the terms and conditions of an executed Settlement Agreement.

2. As part of the Settlement Agreement, the Defendants consent to the entry of a Stipulated Permanent Injunction, in favor of the Plaintiffs and against the Defendants, in the form of the Proposed Stipulated Permanent Injunction and Order of Dismissal filed concurrently herewith.

**3.** The Court shall maintain jurisdiction over the parties to enforce the terms of the Stipulated Permanent Injunction and the Settlement Agreement between the parties.

**IT IS SO STIPULATED.**

**[SIGNATURE BLOCKS ON THE NEXT PAGE]**

---

[1] Campari is plaintiff in the co-pending action, styled *Campari America LLC v. Capcabo LLC*, Case No. 24-cv-1848-GW-SKx (C.D. Cal.). However, that action has been consolidated with the present action "for pretrial and trial purposes" and the Court has instructed the parties "to make all future filings" in this action. *See* ECF 84.

| | | |
|---|---|---|
| Dated: May 12, 2025 | | GORDON REES SCULLY MANSUKHANI |
| | By: | */s/ Timothy K. Branson* |
| | | Miles D. Scully |
| | | Timothy K. Branson |
| | | Patrick J. Mulkern |
| | | Attorneys for Plaintiff |
| | | RED HEAD, INC. |
| Dated: May 12, 2025 | | WILMER CUTLER PICKERING HALE AND DORR |
| | By: | */s/ Joshua H. Lerner* |
| | | Joshua H. Lerner (SBN: 220755) |
| | | joshua.lerner@wilmerhale.com |
| | | Attorneys for Plaintiff |
| | | CAMPARI AMERICA, LLC |
| Dated:  May 12, 2025 | | THE LISKEY LAW FIRM |
| | By: | */s/ Robert J. Liskey* |
| | | Robert J. Liskey (SBN: 197287) |
| | | robliskey@liskeylawfirm.com |
| | | Attorneys for Defendants |
| | | CAPCABO, LLC; CW ON THE BLVD., INC.; ROBERT AZINIAN, AND CHRISTINA AZINIAN |

## Attestation of E-Filed Signature

I, Timothy K. Branson, am the ECF user whose ID and password are being used to file this stipulation.  Pursuant to C.D. Cal. L.R. 5-4.3.4, I attest that all other signatories listed, and on whose behalf the present filing is submitted, concur in the filing's contents and have authorized the filing.

Date: May 16, 2025                  */s/ Timothy K. Branson*
                                                    Timothy K. Branson